FILED

2008 Apr 20 PM 06:43

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: CASE NO: 08-12392 aih

Claudette J. Smith

______________________________

(Insert Name(s) of Debtor(s))

Address 2078 North Taylor Road

East Cleveland, OH 44112

Last 4 digits of SSN and/or EIN:

6377

Debtor(s). CHAPTER 13

**Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I, Claudette J. Smith, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

___a) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

___b) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

___c) I am self-employed and do not receive any evidence of payment from an employer;

_X_ d) Other (Please Explain) I am a 1099 employee (I filed proof of my 1099 wages). My fiancé contributes monthly to our household.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 17th day of April 2008.

/s/Claudette J. Smith, Debtor