**FILED**

**2008 Oct 21 PM 12:23**

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | Claudette J Smith | ) Chapter 13 Case No. 08-12392-H |
| | | ) Hon. Arthur I. Harris |
| | Debtor | ) |

**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FUND**

Now comes CRAIG SHOPNECK, the duly appointed, qualified and standing Chapter 13 Trustee herein, and hereby moves this Honorable Court to dismiss the case of the debtor pursuant to Section 1307(c)(4) of the Bankruptcy Code for failure to fund. In support of his motion, the Trustee makes the following representations to the Court:

1. The debtor filed a petition under Chapter 13 of Title 11, U.S.C. on **April 4, 2008**. The plan of the debtor was confirmed on **June 30, 2008**. The current plan of the debtor calls for payments to the Trustee of **$1,786.80 monthly**.

2. The Trustee has reviewed his records and states that as of the date of the hearing on this motion, the debtor will be delinquent **$8,984.00** through the **November, 2008** payment.

3. Section 1307(c)(1) of the Bankruptcy Code states that unreasonable delay by the debtor that is prejudicial to creditors is grounds for dismissal of the case of the debtor. In addition, Section 1307(c)(6) of the Bankruptcy Code states that material default by the debtor with respect to the terms of a confirmed plan is grounds for dismissal of the case of the debtor. The Trustee believes that the failure of the debtor to maintain payments to the Trustee has unreasonably delayed the administration of the case of the debtor, and ultimately delayed the potential repayment of the creditors of the estate of the debtor. As a result, cause exists to dismiss the case of the debtor.

WHEREFORE, your Trustee, being a proper party in interest, moves this Honorable Court to grant his motion and dismiss the case of the debtor for the reasons cited.

/S/ Craig Shopneck

CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268 Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Dismiss was served electronically and/or by regular U.S. mail on the 21st day of October, 2008, to the following:

Roger S Slain, Attorney for Debtor
75 Public Square, Suite 1111
Cleveland OH 441132055

Claudette J Smith, Debtor
2078 North Taylor Road
East Cleveland OH 44112

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)

CS/bas
10/21/08