**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 25, 2008, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: November 25, 2008**

**Arthur I. Harris**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | Claudette J Smith<br>XXX-XX-6377<br><br><br>Debtor | ) Chapter 13 Case No. 08-12392-H<br>)<br>) Hon. Arthur I. Harris<br>)<br>) |

**ORDER DISMISSING CASE AND RELEASING INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT**

This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case for Failure to Fund that was filed on October 21, 2008. No response was filed by the Debtor. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtor.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268 Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing Dismissal Order was sent electronically and/or by regular U.S. mail to the following:

Craig Shopneck, Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
VIA MAILBOX AT COURT

Claudette J Smith, Debtor
2078 North Taylor Road
East Cleveland OH 44112

Roger S Slain, Attorney for Debtor
75 Public Square, Suite 1111
Cleveland OH 441132055

CS/bas
11/24/08

###